AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| PRINCESS DORCE <br><br> *Plaintiff(s)* <br> v. <br> MOHAMMED SULEIMAN, MOHAMMED SULEIMAN; ALI SULEIMAN; FARID SULEIMAN; 133 METRO CHOICE, INC.; 1133 METRO CHOICE OF FULTON INC.; BK86ST, INC.; BK86ST OF NY INC.; SULZ WIRELESS INC; SULZ WIRELESS 1458 INC.; FLATBUSH CELL INC; T-MOBILE USA, INC.; and METROPCS NEW YORK LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-cv-0049 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MOHAMMED SULEIMAN
1133 Fulton Street
Brooklyn, NY, 11238
See-Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Hecker
Wang Hecker LLP
305 Broadway, Suite 607
New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
CLERK OF COURT

Date: 1/6/2025

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

**RIDER**

Defendants:

MOHAMMED SULEIMAN
1133 Fulton Street
Brooklyn, NY, 11238

ALI SULEIMAN
2254 86TH STREET
BROOKLYN, NY 11214

FARID SULEIMAN
1450 ROCKAWAY PARKWAY
BROOKLYN, NY 11236

1133 METRO CHOICE, INC.
c/o Howard L. Stein,
50 BRUNSWICK WOODS DRIVE
EAST BRUNSWICK, NJ 08816

1133 METRO CHOICE OF FULTON INC.
c/o Mohammed Suleiman
1133 FULTON STREET
BROOKLYN, NY 11238

BK86ST, INC.
c/o Howard L. Stein
50 BRUNSWICK WOODS DRIVE
EAST BRUNSWICK, NJ 08816

BK86ST OF NY INC.
c/o Ali Suleiman
2254 86TH STREET
BROOKLYN, NY 11214

SULZ WIRELESS INC
1450A ROCKAWAY PKWY
BROOKLYN, NY 11236

SULZ WIRELESS 1458 INC.
c/o Farid Suleiman
1450 ROCKAWAY PARKWAY
BROOKLYN, NY 11236

FLATBUSH CELL INC.
c/o Ali Suleiman
537 FLATBUSH AVENUE
BROOKLYN, NY 11225

T-MOBILE USA, INC.
c/o Corporation Service Company
80 STATE STREET
ALBANY, NY 12207

METROPCS NEW YORK LLC,
c/o Corporation Service Company
80 STATE STREET
ALBANY, NY 12207