**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

PRINCESS DORCE, on behalf of herself
and all others similarly situated,


**PLAINTIFF**,                                           Case No. 25 CV 0049

          - against –                                    **ANSWER TO COMPLAINT**


MOHAMMED SULEIMAN, ALI SULEIMAN,
FARID SULEIMAN, 1133 METRO CHOICE, INC.,
1133 METRO CHOICE OF FULTON INC.,
BK86ST, INC., BK86ST OF NY INC., SULZ
WIRELESS INC., SULZ WIRELESS 1458 INC.,
FLATBUSH CELL INC., T-MOBILE USA, INC.,
and METROPCS NEW YORK LLC,


**DEFENDANTS.**

_____

    Defendants MOHAMMED SULEIMAN, ALI SULEIMAN, FARID SULEIMAN, 1133

METRO CHOICE, INC., 1133 METRO CHOICE OF FULTON INC., BK86ST, INC., BK86ST

OF NY INC., SULZ WIRELESS INC., SULZ WIRELESS 1458 INC., FLATBUSH CELL INC.,

by their undersigned attorney, TSAI PLLC, Answer to the Complaint alleges:

    1. Denies each and every allegation contained in paragraph 1 of the Complaint.

    2. Denies each and every allegation contained in paragraph 2 of the Complaint, except admits

    Plaintiff was formerly employed by 1133 Metro Choice Inc., Flatbush Cell Inc., and Sulz

    Wireless Inc.

    3. Denies each and every allegation contained in paragraph 3 of the Complaint.

    4. Denies each and every allegation contained in paragraph 4 of the Complaint.

    5. Denies each and every allegation contained in paragraph 5 of the Complaint.

6. Denies each and every allegation contained in paragraph 6 of the Complaint.

7. Denies each and every allegation contained in paragraph 7 of the Complaint.

8. Denies each and every allegation contained in paragraph 8 of the Complaint.

9. Denies each and every allegation contained in paragraph 9 of the Complaint.

10. Denies each and every allegation contained in paragraph 10 of the Complaint.

11. Denies each and every allegation contained in paragraph 11 of the Complaint.

12. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 12 of the Complaint, and thus denies.

13. Denies each and every allegation contained in paragraph 13 of the Complaint.

14. Denies each and every allegation contained in paragraph 14 of the Complaint.

15. Denies each and every allegation contained in paragraph 15 of the Complaint.

16. Denies each and every allegation contained in paragraph 16 of the Complaint, except admits Defendant 1133 Metro Choice Inc. is a New York corporation.

17. Denies each and every allegation contained in paragraph 17 of the Complaint, except admits Defendant 1133 Metro Choice of Fulton Inc. is a New York corporation.

18. Denies each and every allegation contained in paragraph 18 of the Complaint, except admits Defendant BK86ST Inc. is a New York corporation.

19. Denies each and every allegation contained in paragraph 19 of the Complaint, except admits Defendant BK86ST of NY Inc. is a New York corporation.

20. Denies each and every allegation contained in paragraph 20 of the Complaint, except admits Defendant SULZ Wireless Inc. is a New York corporation.

21. Denies each and every allegation contained in paragraph 21 of the Complaint, except admits Defendant SULZ Wireless 1458 Inc. is a New York corporation.

22. Denies each and every allegation contained in paragraph 22 of the Complaint, except admits Defendant Flatbush Cell Inc. is a New York corporation.

23. Denies each and every allegation contained in paragraph 23 of the Complaint, except admits Defendant 1133 Metro Choice Inc. operates a retail store located at 1133 Fulton Street in Brooklyn.

24. Denies each and every allegation contained in paragraph 24 of the Complaint.

25. Denies each and every allegation contained in paragraph 25 of the Complaint, except admits Defendant SULZ Wireless Inc. operates a retail store located at 1458 Rockaway Parkway in Brooklyn.

26. Denies each and every allegation contained in paragraph 26 of the Complaint, except admits Defendant Flatbush Cell Inc. operates a retail store located at 1037 Nostrand Avenue in Brooklyn.

27. Denies each and every allegation contained in paragraph 27 of the Complaint.

28. Defendants submit that no response is required to paragraph 28 of the Complaint. To the extent a response is required, Defendants deny each and every allegation contained in paragraph 28 of the Complaint.

29. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 29 of the Complaint, and thus denies.

30. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 30 of the Complaint, and thus denies.

31. Defendants submit that no response is required to paragraph 31 of the Complaint. To the extent a response is required, Defendants deny each and every allegation contained in paragraph 31 of the Complaint.

32. Defendants submit that no response is required to paragraph 32 of the Complaint. To the extent a response is required, Defendants deny each and every allegation contained in paragraph 32 of the Complaint.

33. Denies each and every allegation contained in paragraph 33 of the Complaint.

34. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34 of the Complaint, and thus denies.

35. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 35 of the Complaint, and thus denies.

36. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 36 of the Complaint, and thus denies.

37. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 37 of the Complaint, and thus denies.

38. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 38 of the Complaint, and thus denies.

39. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 39 of the Complaint, and thus denies.

40. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 40 of the Complaint, and thus denies.

41. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41 of the Complaint, and thus denies.

42. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 42 of the Complaint, and thus denies.

43. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 43 of the Complaint, and thus denies.

44. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 44 of the Complaint, and thus denies.

45. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 45 of the Complaint, and thus denies.

46. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 46 of the Complaint, and thus denies.

47. Defendants submit that no response is required to paragraph 47 of the Complaint.  To the extent a response is required, Defendants deny each and every allegation contained in paragraph 47 of the Complaint.

48. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 48 of the Complaint, and thus denies.

49. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 49 of the Complaint, and thus denies.

50. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 50 of the Complaint, and thus denies.

51. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 51 of the Complaint, and thus denies.

52. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 52 of the Complaint, and thus denies.

53. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 53 of the Complaint, and thus denies.

54. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 54 of the Complaint, and thus denies.

55. Denies each and every allegation contained in paragraph 55 of the Complaint, except admits Plaintiff was employed at 1133 Fulton Street, 1037 Nostrand Avenue, and 1458 Rockaway Parkway.

56. Denies each and every allegation contained in paragraph 56 of the Complaint.

57. Denies each and every allegation contained in paragraph 57 of the Complaint, except admits Plaintiff was employed at 1133 Fulton Street, 1037 Nostrand Avenue, and 1458 Rockaway Parkway.

58. Denies each and every allegation contained in paragraph 58 of the Complaint.

59. Denies each and every allegation contained in paragraph 59 of the Complaint.

60. Denies each and every allegation contained in paragraph 60 of the Complaint.

61. Denies each and every allegation contained in paragraph 61 of the Complaint.

62. Denies each and every allegation contained in paragraph 62 of the Complaint.

63. Denies each and every allegation contained in paragraph 63 of the Complaint.

64. Denies each and every allegation contained in paragraph 64 of the Complaint.

65. Denies each and every allegation contained in paragraph 65 of the Complaint.

66. Denies each and every allegation contained in paragraph 66 of the Complaint.

67. Denies each and every allegation contained in paragraph 67 of the Complaint.

68. Denies each and every allegation contained in paragraph 68 of the Complaint.

69. Denies each and every allegation contained in paragraph 69 of the Complaint.

70. Denies each and every allegation contained in paragraph 70 of the Complaint.

71. Denies each and every allegation contained in paragraph 71 of the Complaint.

72. Denies each and every allegation contained in paragraph 72 of the Complaint.

73. Denies each and every allegation contained in paragraph 73 of the Complaint.

74. Denies each and every allegation contained in paragraph 74 of the Complaint.

75. Denies each and every allegation contained in paragraph 75 of the Complaint.

76. Denies each and every allegation contained in paragraph 76 of the Complaint.

77. Defendants submit that no response is required to paragraph 77 of the Complaint.  To the extent a response is required, Defendants deny each and every allegation contained in paragraph 77 of the Complaint.

78. Denies each and every allegation contained in paragraph 78 of the Complaint.

79. Denies each and every allegation contained in paragraph 79 of the Complaint.

80. Denies each and every allegation contained in paragraph 80 of the Complaint.

81. Denies each and every allegation contained in paragraph 81 of the Complaint.

82. Denies each and every allegation contained in paragraph 82 of the Complaint.

83. Denies each and every allegation contained in paragraph 83 of the Complaint.

84. Denies each and every allegation contained in paragraph 84 of the Complaint.

85. Denies each and every allegation contained in paragraph 85 of the Complaint.

86. Denies each and every allegation contained in paragraph 86 of the Complaint.

87. Denies each and every allegation contained in paragraph 87 of the Complaint.

88. Denies each and every allegation contained in paragraph 88 of the Complaint.

89. Denies each and every allegation contained in paragraph 89 of the Complaint.

90. Denies each and every allegation contained in paragraph 90 of the Complaint.

91. Denies each and every allegation contained in paragraph 91 of the Complaint.

92. Denies each and every allegation contained in paragraph 92 of the Complaint.

93. Denies each and every allegation contained in paragraph 93 of the Complaint.

94. Denies each and every allegation contained in paragraph 94 of the Complaint.

95. Denies each and every allegation contained in paragraph 95 of the Complaint.

96. Denies each and every allegation contained in paragraph 96 of the Complaint.

97. Denies each and every allegation contained in paragraph 97 of the Complaint.

98. Denies each and every allegation contained in paragraph 98 of the Complaint.

99. Denies each and every allegation contained in paragraph 99 of the Complaint.

100. Denies each and every allegation contained in paragraph 100 of the Complaint.

101. Denies each and every allegation contained in paragraph 101 of the Complaint.

102. Denies each and every allegation contained in paragraph 102 of the Complaint.

103. Denies each and every allegation contained in paragraph 103 of the Complaint.

104. Denies each and every allegation contained in paragraph 104 of the Complaint.

105. Denies each and every allegation contained in paragraph 105 of the Complaint.

106. Denies each and every allegation contained in paragraph 106 of the Complaint.

107. Denies each and every allegation contained in paragraph 107 of the Complaint.

108. Denies each and every allegation contained in paragraph 108 of the Complaint.

109. Denies each and every allegation contained in paragraph 109 of the Complaint.

110. Denies each and every allegation contained in paragraph 110 of the Complaint.

111. Denies each and every allegation contained in paragraph 111 of the Complaint.

112. Denies each and every allegation contained in paragraph 112 of the Complaint.

113. Denies each and every allegation contained in paragraph 113 of the Complaint.

114. Denies each and every allegation contained in paragraph 114 of the Complaint.

115. Denies each and every allegation contained in paragraph 115 of the Complaint.

## IN ANSWER TO PLAINTIFFS' FIRST CLAIM FOR RELIEF

116. Re-alleges each and every answer set forth in paragraph 1 through 115 as though set forth fully and at length herein.

117. Denies each and every allegation contained in paragraph 117 of the Complaint.

118. Denies each and every allegation contained in paragraph 118 of the Complaint.

119. Denies each and every allegation contained in paragraph 119 of the Complaint.

120. Denies each and every allegation contained in paragraph 120 of the Complaint.

121. Denies each and every allegation contained in paragraph 121 of the Complaint.

122. Denies each and every allegation contained in paragraph 122 of the Complaint.

123. Denies each and every allegation contained in paragraph 123 of the Complaint.

124. Denies each and every allegation contained in paragraph 124 of the Complaint.

## IN ANSWER TO PLAINTIFFS' SECOND CLAIM FOR RELIEF

125. Re-alleges each and every answer set forth in paragraph 1 through 124 as though set forth fully and at length herein.

126. Denies each and every allegation contained in paragraph 126 of the Complaint.

127. Denies each and every allegation contained in paragraph 127 of the Complaint.

128. Denies each and every allegation contained in paragraph 128 of the Complaint.

129. Denies each and every allegation contained in paragraph 129 of the Complaint.

130. Denies each and every allegation contained in paragraph 130 of the Complaint.

131. Denies each and every allegation contained in paragraph 131 of the Complaint.

132. Denies each and every allegation contained in paragraph 132 of the Complaint.

133. Denies each and every allegation contained in paragraph 133 of the Complaint.

## IN ANSWER TO PLAINTIFFS' THIRD CLAIM FOR RELIEF

134. Re-alleges each and every answer set forth in paragraph 1 through 133 as though set forth fully and at length herein.

135. Denies each and every allegation contained in paragraph 135 of the Complaint.

136. Denies each and every allegation contained in paragraph 136 of the Complaint.

137. Denies each and every allegation contained in paragraph 137 of the Complaint.

138. Denies each and every allegation contained in paragraph 138 of the Complaint.

## IN ANSWER TO PLAINTIFFS' FOURTH CLAIM FOR RELIEF

139. Re-alleges each and every answer set forth in paragraph 1 through 138 as though set forth fully and at length herein.

140. Denies each and every allegation contained in paragraph 140 of the Complaint.

141. Denies each and every allegation contained in paragraph 141 of the Complaint.

142. Denies each and every allegation contained in paragraph 142 of the Complaint.

143. Denies each and every allegation contained in paragraph 143 of the Complaint.

## IN ANSWER TO PLAINTIFFS' FIFTH CLAIM FOR RELIEF

144. Re-alleges each and every answer set forth in paragraph 1 through 143 as though set forth fully and at length herein.

145. Denies each and every allegation contained in paragraph 145 of the Complaint.

146. Denies each and every allegation contained in paragraph 146 of the Complaint.

147. Denies each and every allegation contained in paragraph 147 of the Complaint.

148. Denies each and every allegation contained in paragraph 148 of the Complaint.

**IN ANSWER TO PLAINTIFFS' SIXTH CLAIM FOR RELIEF**

149. Re-alleges each and every answer set forth in paragraph 1 through 148 as though set forth fully and at length herein.

150. Denies each and every allegation contained in paragraph 150 of the Complaint.

151. Denies each and every allegation contained in paragraph 151 of the Complaint.

152. Denies each and every allegation contained in paragraph 152 of the Complaint.

153. Denies each and every allegation contained in paragraph 153 of the Complaint.

154. Denies each and every allegation contained in paragraph 154 of the Complaint.

155. Denies each and every allegation contained in paragraph 155 of the Complaint.

**IN ANSWER TO PLAINTIFFS' SEVENTH CLAIM FOR RELIEF**

152. Re-alleges each and every answer set forth in paragraph 1 through 155 as though set forth fully and at length herein.[1]

153. Denies each and every allegation contained in paragraph 153 of the Complaint.

154. Denies each and every allegation contained in paragraph 154 of the Complaint.

155. Denies each and every allegation contained in paragraph 155 of the Complaint.

156. Denies each and every allegation contained in paragraph 156 of the Complaint.

**IN ANSWER TO PLAINTIFFS' EIGHTH CLAIM FOR RELIEF**

157. Re-alleges each and every answer set forth in paragraph 1 through 156 as though set forth fully and at length herein.

158. Denies each and every allegation contained in paragraph 158 of the Complaint.

159. Denies each and every allegation contained in paragraph 159 of the Complaint.

160. Denies each and every allegation contained in paragraph 160 of the Complaint.

161. Denies each and every allegation contained in paragraph 161 of the Complaint.

---

[1] Paragraph number in Complaint jumps back to Paragraph Number 152.

162. Denies each and every allegation contained in paragraph 162 of the Complaint.

163. Denies each and every allegation contained in paragraph 163 of the Complaint.

164. Denies each and every allegation contained in paragraph 164 of the Complaint.

165. Denies each and every allegation contained in paragraph 165 of the Complaint.

166. Denies each and every allegation contained in paragraph 166 of the Complaint.

## IN ANSWER TO PLAINTIFFS' NINTH CLAIM FOR RELIEF

167. Re-alleges each and every answer set forth in paragraph 1 through 166 as though set forth fully and at length herein.

168. Denies each and every allegation contained in paragraph 168 of the Complaint.

169. Denies each and every allegation contained in paragraph 169 of the Complaint.

170. Denies each and every allegation contained in paragraph 170 of the Complaint.

171. Denies each and every allegation contained in paragraph 171 of the Complaint.

172. Denies each and every allegation contained in paragraph 172 of the Complaint.

173. Denies each and every allegation contained in paragraph 173 of the Complaint.

174. Denies each and every allegation contained in paragraph 174 of the Complaint.

175. Denies each and every allegation contained in paragraph 175 of the Complaint.

176. Denies each and every allegation contained in paragraph 176 of the Complaint.

177. Denies each and every allegation contained in paragraph 177 of the Complaint.

## RESPONSE TO PLAINTIFFS' PRAYER FOR RELIEF

The remaining allegations in the Complaint constitute Plaintiffs' prayer for relief. Defendants deny that Plaintiffs are entitled to the relief requested, or any relief in any amount, or of any kind whatsoever in this action.

## AFFIRMATIVE DEFENSES

Defendants hereby expressly reserve their rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses would be applicable and appropriate.

### First Affirmative Defense

178. The Complaint and each purported claim for relief alleged herein, fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

179. The Fair Labor Standards Act does not apply to the Defendants because their annual gross revenue does not exceed $500,000.

### Third Affirmative Defense

180. Defendants are not an employer as defined by Fair Labor Standards Act and New York Labor Law.

### Fourth Affirmative Defense

181. Plaintiffs' claims should be dismissed to the extent that they are barred by applicable statutes of limitations and/or the doctrine of laches.

### Fifth Affirmative Defense

182. Plaintiffs were paid all wages due and owed to them in compliance with Fair Labor Standards Act and New York Labor Law.

**Sixth Affirmative Defense**

183. At all times relevant to the Plaintiffs' claims, the Defendants acted in good faith and had reasonable grounds to believe that their actions were not violative of any federal state or local laws, rules, regulation or guidelines.

**Seventh Affirmative Defense**

184. Plaintiffs are not entitled to liquidated damages because Defendants acted in good faith and had reason to believe their actions and/or omissions did not willfully violate federal and/or state law.

**Eighth Affirmative Defense**

185. The causes of action alleged in the Complaint may not be maintained as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216, because the Plaintiffs, upon information and belief, is not similarly situated to some or all of the persons whom they purport to represent.

**Ninth Affirmative Defense**

186. The statements and allegations contained in the Complaint fail to meet the requirements necessary to justify collective action certification or the issuance of collective action notice pursuant to 29 U.S.C. § 216 with respect to some or all of the employees alleged by the Plaintiffs to be similarly situated to them.

**Tenth Affirmative Defense**

187. Plaintiffs agreed to arbitrate any or all of the purported claims asserted in the Complaint, the Complaint violates such agreements to arbitrate and the Complaint should be dismissed and/or stayed and Plaintiffs should be compelled to arbitrate.

### Eleventh Affirmative Defense

188. Plaintiffs are exempt employees and not eligible for overtime compensation.

### Twelfth Affirmative Defense

189. Plaintiffs are exempt employees and not subject to minimum wage requirements.

### Thirteenth Affirmative Defense

190. Defendants are not subject to the Fair Labor Standards Act either under individual coverage or enterprise coverage.

### Fourteenth Affirmative Defense

191. Defendants invoke the defenses, protections and limitations of the Fair Labor Standards Act.

### Fifteenth Affirmative Defense

192. Plaintiffs lacks standing to maintain an action for failure to provide wage notices under the New York Labor Law.

### Sixteenth Affirmative Defense

193. Plaintiffs lacks standing to maintain an action for failure to provide wage statements under the New York Labor Law.

### Seventeenth Affirmative Defense

194. Plaintiffs are independent contractors and not eligible for overtime compensation and not subject to minimum wage requirements.

### Eighteenth Affirmative Defense

195. Defendants allege that Plaintiffs have failed to and cannot satisfy the requirement for the maintenance of a class action, including, and without limitation, numerosity, commonality, typicality, and adequacy (of both the proposed class representative and proposed class

counsel), or the prongs of predominance or superiority, and public policy considerations do not favor such a certification.

### Nineteenth Affirmative Defense

196. The Fair Labor Standards Act does not apply to the Defendants because Defendants do not have more than one employee.

### Twentieth Affirmative Defense

197. Plaintiff's claims are barred, in whole or in part, because some or all of the time for which compensation is sought is *de minimis* and therefore is not compensable.

### Twenty-First Affirmative Defense

198. Plaintiffs are not entitled to a three-year statute of limitations because Defendants acted in good faith and had reason to believe their actions and/or omissions did not willfully violate federal and/or state law.

### Twenty-Second Affirmative Defense

199. Defendants are not subject to the New York City Fair Workweek Law.

### <u>ADDITIONAL AFFIRMATIVE DEFENSES</u>

Defendants presently have insufficient knowledge or information upon which to form a belief as to whether additional, as yet unstated, defenses may be warranted and reserves the right to seek leave of Court to assert additional defenses or affirmative defenses in the event discovery indicates such defenses are appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants hereby respectfully demand judgment dismissing the

Complaint in its entirety, together with costs, disbursements, and reasonable attorney's fees

incurred in the defense of this action, and that the Defendants have such other and further relief

as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Defendants demand trial

by jury in this action of all issues so triable.


Dated: New York, New York
       March 5, 2025


/s/      Joey Tsai
Joey Tsai
Attorney for Defendants
Tsai PLLC
535 Fifth Avenue
Fourth Floor
New York, NY 10017
T. 646-829-9001
F. 646-829-9002
E. jtsai@tsaipllc.com